UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
    Mthandi D. Burton : Bankruptcy No.: 17-15974
    8649 Bayard Street : Chapter 13
    Philadelphia, PA 19150 :
        Debtor

## CERTIFICATE OF NO RESPONSE

Teresa Brady, Esquire hereby certifies that she is the attorney for the debtor and that on September 5, 2017, she caused to be served a true and correct copy of the Attorney Fee Application to those listed below by First Class US Mail and/or electronically.

Office of the Clerk
US Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, Pa 19107


Chapter 13 Trustee

US Trustee's Office
601 Walnut Street
Curtis Center, Suite 950W
Philadelphia, PA 19106

DEBTOR


## CREDITORS LISTED ON MAILING MATRIX

        /S/TeresaBrady,Esquire
        Teresa Brady, Esquire #57587
        210 East Girard Avenue
        Philadelphia, PA 19125
        (215) 426-1020