UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
    Mthandi D. Burton                            :    Bankruptcy No.: 17-15974
    8649 Bayard Street                            :    Chapter 13
    Philadelphia, PA 19150                       :
    Debtor

### Amended CHAPTER 13 PLAN 10-30-17

The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee the sum of **$240.00** for **60** months starting in **September 2017.**

(Total to be paid into the Plan **$14,400.00**)

From the payments so received, the Trustee shall make disbursements as follows:
1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

<u>**Trustee's Fee**</u> – $
<u>**Attorney fee- $1500.00**</u>

**2.<u>PA Housing Finance Agency</u>**- arrearage on loan #2623296 is to be paid in full in the chapter 13 plan. Regular mortgage payments to be paid beginning October 2017.

### OUTSIDE CHAPTER 13 PLAN

3. **<u>US Department of Housing and Urban Development</u>**- the subordinate mortgage (claim #2) will be paid when it comes due June 1, 2044

Title to the Debtor's property shall revest in the Debtor on confirmation of the Plan or upon dismissal of the case pursuant to Bankruptcy Rule 514; **Unsecured creditors shall receive pro rata shares.** Unless the proof of claim is filed with the interest requested, it will not be paid into the plan and the plan will be confirmed and the debt discharged.

|                                      |     | /S/TeresaBrady,Esquire       |
|--------------------------------------|-----|------------------------------|
| Dated: 10--30-17                     | By: | Teresa Brady, Esquire        |
|                                      |     | 210 East Girard Avenue       |
|                                      |     | Philadelphia, PA 19125       |
| Acceptances may be mailed to:        |     | Teresa Brady, Esquire        |
|                                      |     | 210 East Girard Avenue       |
| /S/TeresaBrady,Esquire               |     | Philadelphia, PA  19125      |
| Teresa Brady, Esquire                |     | (215) 426-1020               |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
    Mthandi D. Burton                             :    Bankruptcy No.: 17-15974
    8649 Bayard Street                            :    Chapter 13
    Philadelphia, PA 19150                        :
        Debtor

## CERTIFICATION OF SERVICE

Teresa Brady, Esquire hereby certifies that on October 30, 2017 she sent a copy of the "amended Chapter 13 Plan" to those listed below by First Class US Mail and/or electronically and there has been no response forthcoming.

Office of the Clerk
US Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, Pa 19107

Chapter 13 Trustee

US Trustee's Office
601 Walnut Street
Curtis Center, Suite 950W
Philadelphia, PA 19106

Debtor

**CREDITORS LISTED ON MAILING MATRIX**

                                      /S/TeresaBrady,Esquire
                                      Teresa Brady, Esquire #57587
                                      210 East Girard Avenue
                                      Philadelphia, PA 19125
                                      (215) 426-1020