UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
    Mthandi D. Burton                          :       Bankruptcy No.: 17- 15974
    8649 Bayard Street                         :       Chapter 13
    Philadelphia, PA 19150                     :
        Debtor

### ORDER FOR ALLOWANCE OF COMPENSATION

AND NOW, this 4th day of October, 2018, upon consideration of the "Application of Compensation" and the "Certification of No Response," it is hereby ORDERED that the fee of $3,000.00 Dollars for counsel to represent debtor with regard to her Chapter 13 Bankruptcy is hereby approved.

BY THE COURT:

_Magdeline D. Coleman_
_____
                                              J.