United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-15974-mdc
Mthandi D. Burton                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW       Page 1 of 1       Date Rcvd: Oct 04, 2018
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
db          +Mthandi D. Burton,    8649 Bayard Street,    Philadelphia, PA 19150-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
     LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
     TERESA BRADY    on behalf of Debtor Mthandi D. Burton bankruptcy_queen@yahoo.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :
    Mthandi D. Burton                           :    Bankruptcy No.: 17- 15974
    8649 Bayard Street                            :    Chapter 13
    Philadelphia, PA 19150                       :
        Debtor

### ORDER FOR ALLOWANCE OF COMPENSATION

AND NOW, this 4th day of October, 2018, upon consideration of the "Application of Compensation" and the "Certification of No Response," it is hereby ORDERED that the fee of $3,000.00 Dollars for counsel to represent debtor with regard to her Chapter 13 Bankruptcy is hereby approved.

BY THE COURT:

_Magdeline D. Coleman_
                                J.