UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :
   Mthandi D. Burton                              :    Bankruptcy No.: 17-15974
   8649 Bayard Street                             :    Chapter 13
   Philadelphia, PA 19150                         :
                                                   Debtor

**NOTICE OF HEARING, RESPONSE DEADLINE AND HEARING DATE**
Mthandi D. Burton has filed a Motion to Modify Chapter 13 Plan after confirmation.
1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the motion** or if you want the court to consider your views on the motion, then on or before May 20, 2019 you or your attorney must file a response explaining your position.

3. **A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on May 30, 2019 at 11:00am in courtroom #2, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, Pa 19107.**

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided t you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.**

8. If you are not required to file electronically, you must file your response at The Clerk of the Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite   400, Philadelphia, Pa 19107-4299.

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

                                                       Teresa Brady, Esquire
                                                       210 East Girard Avenue
                                                       Philadelphia, PA 19125
                                                       (215) 426-1020

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :

Mthandi D. Burton : Bankruptcy No.: 17-15974
8649 Bayard Street : Chapter 13
Philadelphia, PA 19150 :
                                         Debtor

**CERTIFICATION OF SERVICE**

I, Teresa Brady, Esquire, attorney for Mthandi D. Burton, hereby certify that a true and correct copy of the forgoing *Notice of Motion to Modify Chapter 13 Plan after Confirmation* was forwarded to the following by 1st Class U.S. Mail and/or electronically. on April 30, 2019.

Office of the Clerk
US Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, Pa 19107

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia PA  19106-0119

US Trustee's Office
833 Chestnut Street
Suite 500
Philadelphia, PA 19106

Debtor

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

/S/TeresaBrady,Esquire
Teresa Brady, Esquire #57587
210 East Girard Avenue
Philadelphia, PA 19125
(215) 426-1020