UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                :

    Mthandi D. Burton                         :        Bankruptcy No.: 17-15974
    8649 Bayard Street                        :        Chapter 13
    Philadelphia, PA 19150                    :
                                                      Debtor

## CERTIFICATION OF NO RESPONSE

I, Teresa Brady, Esquire, attorney for Mthandi D. Burton, hereby certify that a true and correct copy of the forgoing *Motion to Modify Chapter 13 Plan after Confirmation* was forwarded to the following by 1st Class U.S. Mail and/or electronically. on April 30, 2019 and there has been no response.

Office of the Clerk
US Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, Pa 19107

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia PA  19106-0119

US Trustee's Office
833 Chestnut Street
Suite 500
Philadelphia, PA 19106

Debtor

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

/S/TeresaBrady,Esquire
Teresa Brady, Esquire #57587
210 East Girard Avenue
Philadelphia, PA 19125
(215) 426-1020