UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :
    Mthandi D. Burton                    :     Bankruptcy No.: 17-15974
    8649 Bayard Street                    :     Chapter 13
    Philadelphia, PA 19150                :
                                                     Debtor

**ORDER TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

    AND NOW, this 25th day of July, 2019 upon the Debtor's "Motion to Modify Plan After Confirmation,"

    It is hereby ORDERED and DECREED that the Chapter 13 Plan dated April 30, 2019 is confirmed and trustee payments will increase from $292.00 to $645.00 per month beginning May, 2019 through the end of the Chapter 13 plan.

_Magdeline D. C_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge