United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mthandi D. Burton  
    Debtor

Case No. 17-15974-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jul 26, 2019  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.  
db            +Mthandi D. Burton,    8649 Bayard Street,    Philadelphia, PA 19150-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:  
         KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency  
          bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,  
          dmaurer@pkh.com;mgutshall@pkh.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency  
          bkgroup@kmllawgroup.com  
         TERESA BRADY    on behalf of Debtor Mthandi D. Burton bankruptcy_queen@yahoo.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                                                                                                                TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Mthandi D. Burton                     :    Bankruptcy No.: 17-15974
    8649 Bayard Street                   :    Chapter 13
    Philadelphia, PA 19150           :
                                     Debtor

## ORDER TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

AND NOW, this 25th day of July, 2019 upon the Debtor's "Motion to Modify Plan After Confirmation,"

It is hereby ORDERED and DECREED that the Chapter 13 Plan dated April 30, 2019 is confirmed and trustee payments will increase from $292.00 to $645.00 per month beginning May, 2019 through the end of the Chapter 13 plan.

_Magdeline D. C_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge