# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 17-15974-MDC

MTHANDI D BURTON

8649 BAYARD STREET

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MTHANDI D BURTON

    8649 BAYARD STREET

    PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

    TERESA BRADY, ESQ.
    210 EAST GIRARD AVE

    PHILADELPHIA, PA 19125-

Date: 9/23/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee