# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-15974-MDC

MTHANDI D BURTON

8649 BAYARD STREET

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MTHANDI D BURTON

8649 BAYARD STREET

PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

TERESA BRADY, ESQ.
210 EAST GIRARD AVE

PHILADELPHIA, PA 19125-

Date: 12/22/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee