Certificate Number: 05781-PAE-DE-037081158

Bankruptcy Case Number: 17-15974



05781-PAE-DE-037081158

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 3, 2023, at 8:13 o'clock PM PST, Mthandi Burton completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 3, 2023              By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President