United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mthandi D. Burton  
    Debtor

Case No. 17-15974-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 04, 2023     Form ID: 138OBJ     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mthandi D. Burton, 8649 Bayard Street, Philadelphia, PA 19150-1618 |
| 13978182 | + | Auto Track, P.O. box 398191, Minneapolis, MN 55439-8191 |
| 13978187 | | IC System/Direct TV, 444 Highway 96 East,, POB 64378, Saint Paul, MN 55164-0378 |
| 13978188 | + | Kaufman & Associates/Spotloan, 2781 W. MacArthur Blvd, Ste B, Santa Ana, CA 92704-7095 |
| 13989938 | + | Old Republic Insurance Company, C/o Republic Equity Credit Services, 307 N. Michigan, 13th Fl.,, Chicago, IL 60601-5311 |
| 13978194 | + | Republic Equity Credit Services/Old Repu, 307 North Michigan Avenue, Chicago, IL 60601-5306 |
| 13978196 | + | SRA Associates, Inc./Ally Financial Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 14005451 | + | Teresa Brady, Esquire, 210 East Girard Avenue, Philadelphia, PA 19125-3993 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 05 2023 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2023 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13995377 | | Email/Text: ally@ebn.phinsolutions.com | Jan 05 2023 00:10:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14058971 | | Email/Text: megan.harper@phila.gov | Jan 05 2023 00:10:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13978183 | + | Email/Text: bankruptcy@philapark.org | Jan 05 2023 00:10:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 13978185 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 05 2023 00:10:00 | Credit Collection Services/Travelers Ins, 725 Canton Street, Norwood, MA 02062-2679 |
| 13978186 | | Email/Text: bankruptcynotices@dcicollect.com | Jan 05 2023 00:10:00 | Diversified Consultant/Verizon, POB 551268, Jacksonville, FL 32255-1268 |
| 14641147 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2023 00:14:16 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641248 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2023 00:14:19 | Exeter Finance LLC Department, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13978189 | ^ | MEBN | Jan 05 2023 00:06:36 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

| 13978190 | + Email/Text: blegal@phfa.org | Jan 05 2023 00:10:00 | PA Housing Finance Agency, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14018147 | + Email/Text: blegal@phfa.org | Jan 05 2023 00:10:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14062232 | Email/Text: blegal@phfa.org | Jan 05 2023 00:10:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14007879 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2023 00:14:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13982990 | + Email/Text: bankruptcy@philapark.org | Jan 05 2023 00:10:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13978192 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2023 00:14:16 | Portfolio Recovery assoc/Capital One, POB 12914, Norfolk, VA 23541-0914 |
| 13978193 | ^ MEBN | Jan 05 2023 00:06:27 | Raymour & Flanagan, P.O. Box 130, Liverpool, NY 13088-0130 |
| 13978195 | + Email/Text: bankruptcy@sw-credit.com | Jan 05 2023 00:10:00 | Southwest Credit Systems/Comcast, 4120 International PKWY, #1100, Carrollton, TX 75007-1958 |
| 13983122 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 05 2023 00:14:19 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14016457 | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2023 00:14:16 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13978197 | Email/Text: megan.harper@phila.gov | Jan 05 2023 00:10:00 | Water Revenue Bureau, 1401 John F. Kennedy Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13978184 | *+ | City of Philadelphia, Parking Violations Branch, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 13978191 | ##+ | Penn Credit, 916 S 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 04, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| TERESA BRADY | on behalf of Debtor Mthandi D. Burton bankruptcy_queen@yahoo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Mthandi D. Burton

      Debtor(s)

Case No: 17−15974−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/4/23

88 − 82
Form 138OBJ